**FAEGRE BAKER DANIELS LLP**
ELLEN E. BOSHKOFF (BAR NO. 314087)
*ellen.boshkoff@faegrebd.com*
AMANDA SEMAAN (BAR NO. 293896)
*amanda.semaan@faegrebd.com*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025-6543
Telephone: 310.500.2090
Facsimile: 310.500.2091

Attorneys for Defendant
INFOSYS LIMITED (incorrectly sued as
INFOSYS TECHNOLOGIES LIMITED)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EUGENE HARRISON,

Plaintiff,

v.

INFOSYS TECHNOLOGIES LIMITED, a Corporation Doing Business in California; and DOES 1 to 30, Inclusive,

Defendants.

Case No. 2:19-cv-01893 VAP (AGRx)

Hon. Virginia A. Phillips

**DECLARATION OF TRACY CAMPAGNANO IN SUPPORT OF DEFENDANT INFOSYS LIMITED'S MOTION TO COMPEL ARBITRATION AND DISMISS LITIGATION**

(Filed concurrently with Motion to Compel Arbitration and Dismiss Litigation; Declaration of Amanda Semaan; and [Proposed] Order)

Date: May 13, 2019
Time: 2:00 p.m.
Courtroom: 8A

Complaint filed: November 16, 2018
Date Removed: March 14, 2019

I, Tracy Campagnano, hereby declare as follows.

1. I am over 18 years of age and have personal knowledge of the facts set forth herein.

2. I am employed as an Employee Relations-Practice Lead of Defendant Infosys Limited ("Infosys"), and I am based in Phoenix, AZ. I have held this position since April 01, 2018. As a result of performing my responsibilities as Employee Relations-Practice Lead, I have access to the personnel file of Plaintiff Eugene Harrison ("Harrison").

3. I declare that Infosys, an Indian corporation, engages in business in multiple states in the United States.

4. Attached hereto as Exhibit 1 is a true and correct copy of Harrison's offer of employment letter dated March 8, 2011.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Infosys At-Will, Confidential Information, Invention Assignment, Non-Compete And Arbitration Agreement executed by Harrison.

I declare to the best of my knowledge under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 11 day of April, 2019.

Tracy Campagnano

Tracy Campagnano