# EXHIBIT 1

Infosys
Infosys Technologies Limited
Regd. Office: Electronic City, Hosur Road
Bangalore 560 100, India.
Tel: 91 80 2852 0261 Fax: 91 80 2852 0362
www.infosys.com

1782-48

HRD/US/ONDEL/4221753/10-11

March 8, 2011

Mr. Eugene Francis Harrison
36 Malverne Avenue,
Malverne
NY 11 565
USA
Ph: (001) 212 748 9324

Dear Eugene,

**Subject: Offer of Employment**

Congratulations! Further to your application for employment with us, and the subsequent selection process, we are pleased to offer you a position with Infosys Technologies Limited (the "Company").

With the reference to the same, mentioned below are the details of your offer of employment with the Company.

| | |
|---|---|
| **1. Role / Role Designation** | **: Technology Architect / Senior Technology Architect** |
| **2. Personal Level** | **: 6** |
| **3. Location of Posting** | **: New York, NY, USA** |
| **4. Date of Joining** | **: April 4, 2011** |
| **5. Base Salary** | **: USD 130,200 per annum (if classified as Exempt Role)** |
| **6. Performance-based Bonus** | **: Upto 20% of Base Salary per annum** |

Your employment will be governed by the rules, regulations and policies of the Company. The terms of this letter shall remain confidential and are not to be disclosed to any third party.

Welcome to Infosys. We wish you a long, rewarding and fulfilling career and look forward to your joining us.

Yours sincerely,

ESHAN JOSHI
ASSOCIATE VICE PRESIDENT - HRD
Encl.: Annexure to the offer (as applicable to you)

Exhibit 1
Page 3



UKAS QUALITY MANAGEMENT

Infosys

**Annexure to your Offer of Employment in the Role / Role Designation of Technology Architect / Senior Technology Architect**

**Welcome to Infosys!**

Presented here are the details that refer to our offer of employment to you in the Role of **Technology Architect** in **Job Level 6**. Your Role Designation will be **Senior Technology Architect** and your **Personal Level** will be **6**. This is to be read in conjunction with your offer of employment dated March 8, 2011 (Ref No. HRD/US/ONDEL/4221753/10-11).

In accordance with the Federal Fair Labor Standards Act (FLSA) and applicable state wage and hour laws, your current Role has been classified as Exempt. The Exempt or Non Exempt Status of your Role is determined by state and federal regulations and is subject to change.

Infosys has a Role and Competency based structure comprising Job Levels. A Job Level represents a distinct responsibility level defined within the organization. These Job Levels range from 1 to 9 and are further classified into Job Sub Levels. Personal Level belongs to the incumbent of a Role and is the same as the Job Level.

1. **Remuneration:**

a. **Base Salary:**

While employed at **New York, NY, USA** you will receive a Base Salary of **USD 130,200** per annum, this will be paid once in a month. In accordance with the Company's normal payroll procedures, the salary will be credited to you latest by the 26th of the month.

Your growth and increase in salary will depend solely on your performance and contribution to the Company; no increase is guaranteed. Salary increases are normally given on an annual basis in April.

b. **Performance-based Bonus:**

In addition to the Base Salary, you will be eligible for a Performance-based Bonus as per the Company's incentive plan. For this year, the maximum bonus you can earn will be **20%** of your paid out Base Salary. As per Company policy, bonus payments are normally made in June and December each year. To be eligible for the payment of Performance-based Bonus for a given period, you must be on the rolls of the Company as on the last working day of the period under consideration.

2. **Travel Expenses & Reimbursements:**

The Company will also pay or reimburse you for reasonable travel, entertainment or other expenses incurred by you in the furtherance of or in connection with the performance of your duties hereunder in accordance with the Company's established policies.

Exhibit 1
Page 4

Infosys

**3. Transfer and Relocation:**

Please note that the Company may need to transfer employees to Company locations or client sites other than the ones they were initially hired to work at. Accordingly, we want you to be aware that you may be transferred in the future based on the Company's business and with prior approval from relevant authorities, you may be eligible for reimbursement under the company's relocation policy. Relocation is defined as the transfer of work to a new location which is 50 miles or more from the existing work location of the employee.

Expenses for which you may be eligible for reimbursement include travel to new location for yourself and applicable family members via air, personal car or rental car, transportation of goods and movement of one vehicle within the USA. All reimbursements will be based on actuals upon submission of bills up to the policy limits and per policy guidelines.

**4. Notice Period:**

You should be aware that your employment with the Company constitutes "At-will" employment. This means that you or the Company may terminate your employment relationship with the Company at any time, for any reason. You agree to provide four weeks' notice in case you decide to leave the services of the Company. Similarly, the Company can terminate your services by giving four weeks' notice or salary in lieu of notice. The foregoing notice requirement does not affect the "At-will" status of employment. You understand and agree that neither your job performance nor promotions, commendations, bonuses or the like from the Company give rise to or in any way serve as the basis for modification, amendment, or extension, by implication or otherwise, of your employment with the Company.

**5. Other Terms and Conditions:**

This offer of employment is contingent upon

(i) Your signing and agreeing to be bound by the Company's At-will, Confidential Information, Invention Assignment and Arbitration Agreement,

(ii) Your demonstration that you are legally able to work in the United States and

(iii) Receipt of a fully executed "Non Compete and Non Solicitation Agreement" in the form attached hereto (Annexure I).

In the event you are eligible to apply for an H-1B work visa, the Company will provide assistance in applying for the work visa. However if a subsequent renewal or recertification of work authorization is required, the Company may elect to neither sponsor nor reimburse the cost of obtaining such work authorization. In the event that you rescind your acceptance of this offer of employment after Infosys has incurred costs for the filing of your H-1B transfer application, then Infosys may recover such costs directly from you. Continued employment with the Company is contingent upon your continued work authorization to work in the USA. The Company reserves the right to take necessary action including termination in case you do not have valid and continued work permit for USA at any point in time. Please contact the Company immediately if you know that you may require such assistance.

Exhibit 1
Page 5

Infosys

Infosys Technologies Limited
Regd. Office: Electronic City, Hosur Road
Bangalore 560 100, India.
Tel: 91 80 2852 0261 Fax: 91 80 2852 0362
www.infosys.com

17824 8

HRD/US/ONDEL/4221753/10-11 March 8, 2011

Mr. Eugene Francis Harrison
36 Malverne Avenue,
Malverne
NY 11 565
USA
Ph: (001) 212 748 9324

Dear Eugene,

**Subject: Offer of Employment**

Congratulations! Further to your application for employment with us, and the subsequent selection process, we are pleased to offer you a position with Infosys Technologies Limited (the "Company").

With the reference to the same, mentioned below are the details of your offer of employment with the Company.

| | |
|---|---|
| **1. Role / Role Designation** | **: Technology Architect / Senior Technology Architect** |
| **2. Personal Level** | **: 6** |
| **3. Location of Posting** | **: New York, NY, USA** |
| **4. Date of Joining** | **: April 4, 2011** |
| **5. Base Salary** | **: USD 130,200 per annum (if classified as Exempt Role)** |
| **6. Performance-based Bonus** | **: Upto 20% of Base Salary per annum** |

Your employment will be governed by the rules, regulations and policies of the Company. The terms of this letter shall remain confidential and are not to be disclosed to any third party.

Welcome to Infosys. We wish you a long, rewarding and fulfilling career and look forward to your joining us.

Yours sincerely,

ESHAN JOSHI
ASSOCIATE VICE PRESIDENT - HRD
Encl.: Annexure to the offer (as applicable to you)

Exhibit 1
Page 6



UKAS

Infosys

**Annexure to your Offer of Employment in the Role / Role Designation of Technology Architect / Senior Technology Architect**

**Welcome to Infosys!**

Presented here are the details that refer to our offer of employment to you in the Role of **Technology Architect** in **Job Level 6**. Your Role Designation will be **Senior Technology Architect** and your **Personal Level** will be **6**. This is to be read in conjunction with your offer of employment dated March 8, 2011 (Ref No. HRD/US/ONDEL/4221753/10-11).

In accordance with the Federal Fair Labor Standards Act (FLSA) and applicable state wage and hour laws, your current Role has been classified as Exempt. The Exempt or Non Exempt Status of your Role is determined by state and federal regulations and is subject to change.

Infosys has a Role and Competency based structure comprising Job Levels. A Job Level represents a distinct responsibility level defined within the organization. These Job Levels range from 1 to 9 and are further classified into Job Sub Levels. Personal Level belongs to the incumbent of a Role and is the same as the Job Level.

**1. <u>Remuneration:</u>**

**a. <u>Base Salary:</u>**

While employed at **New York, NY, USA** you will receive a Base Salary of **USD 130,200** per annum, this will be paid once in a month. In accordance with the Company's normal payroll procedures, the salary will be credited to you latest by the 26th of the month.

Your growth and increase in salary will depend solely on your performance and contribution to the Company; no increase is guaranteed. Salary increases are normally given on an annual basis in April.

**b. <u>Performance-based Bonus:</u>**

In addition to the Base Salary, you will be eligible for a Performance-based Bonus as per the Company's incentive plan. For this year, the maximum bonus you can earn will be **20%** of your paid out Base Salary. As per Company policy, bonus payments are normally made in June and December each year. To be eligible for the payment of Performance-based Bonus for a given period, you must be on the rolls of the Company as on the last working day of the period under consideration.

**2. <u>Travel Expenses & Reimbursements:</u>**

The Company will also pay or reimburse you for reasonable travel, entertainment or other expenses incurred by you in the furtherance of or in connection with the performance of your duties hereunder in accordance with the Company's established policies.

Exhibit 1
Page 7

Infosys

3. **Transfer and Relocation:**

Please note that the Company may need to transfer employees to Company locations or client sites other than the ones they were initially hired to work at. Accordingly, we want you to be aware that you may be transferred in the future based on the Company's business and with prior approval from relevant authorities, you may be eligible for reimbursement under the company's relocation policy. Relocation is defined as the transfer of work to a new location which is 50 miles or more from the existing work location of the employee.

Expenses for which you may be eligible for reimbursement include travel to new location for yourself and applicable family members via air, personal car or rental car, transportation of goods and movement of one vehicle within the USA. All reimbursements will be based on actuals upon submission of bills up to the policy limits and per policy guidelines.

4. **Notice Period:**

You should be aware that your employment with the Company constitutes "At-will" employment. This means that you or the Company may terminate your employment relationship with the Company at any time, for any reason. You agree to provide four weeks' notice in case you decide to leave the services of the Company. Similarly, the Company can terminate your services by giving four weeks' notice or salary in lieu of notice. The foregoing notice requirement does not affect the "At-will" status of employment. You understand and agree that neither your job performance nor promotions, commendations, bonuses or the like from the Company give rise to or in any way serve as the basis for modification, amendment, or extension, by implication or otherwise, of your employment with the Company.

5. **Other Terms and Conditions:**

This offer of employment is contingent upon

(i) Your signing and agreeing to be bound by the Company's At-will, Confidential Information, Invention Assignment and Arbitration Agreement,

(ii) Your demonstration that you are legally able to work in the United States and

(iii) Receipt of a fully executed "Non Compete and Non Solicitation Agreement" in the form attached hereto (Annexure I).

In the event you are eligible to apply for an H-1B work visa, the Company will provide assistance in applying for the work visa. However if a subsequent renewal or recertification of work authorization is required, the Company may elect to neither sponsor nor reimburse the cost of obtaining such work authorization. In the event that you rescind your acceptance of this offer of employment after Infosys has incurred costs for the filing of your H-1B transfer application, then Infosys may recover such costs directly from you. Continued employment with the Company is contingent upon your continued work authorization to work in the USA. The Company reserves the right to take necessary action including termination in case you do not have valid and continued work permit for USA at any point in time. Please contact the Company immediately if you know that you may require such assistance.

Exhibit 1
Page 8

Infosys

The Company reserves the right to conduct background investigations and / or reference checks on all of its potential employees.

In Infosys, there are policies that are linked to performance management, career growth and annual compensation review of an employee and these policies will be applicable to you. You will also be governed by the rules and regulations of the Company as applicable to your category of employees.

As a Company employee, you will be eligible to participate in the employee benefit plans currently and hereafter maintained by the Company of general applicability to similarly situated employees of the Company. You should note that the Company reserves the right to cancel or change the benefit plans and programs it offers to its employees at any time.

You agree that, during the term of your employment with the Company, you will not engage in any other employment, occupation, consulting or other business activity directly related to the business in which the Company is now involved or becomes involved during the term of your employment, nor will you engage in any other activities that conflict with your obligations to the Company or the full discharge of your duties with the Company.

As a Company employee, you will be expected to abide by Company rules and regulations, including submitting weekly time records to your supervisor. You also agree to maintain the confidentiality of all confidential and proprietary information of the Company and agree, as a condition of your employment, to be bound by the Company's At-will, Confidential Information, Invention Assignment, and Arbitration Agreement.

In the event of any dispute or claim relating to or arising out of our employment relationship, you and the Company agree that all such disputes shall be fully and finally resolved by binding arbitration conducted by the American Arbitration Association in Alameda County, CA. However the parties may mutually agree upon an alternate venue. HOWEVER, we agree that this arbitration provision shall not apply to any disputes or claims relating to or arising out of the misuse or misappropriation of the Company's trade secrets or proprietary information.

This letter, the documents incorporated herein by reference and the Company's At-will, Confidential Information, Invention Assignment, and Arbitration Agreement represent the entire agreement and understanding between you and the Company concerning your employment relationship with the Company, and supersede in their entirety any and all prior agreements and understandings concerning your employment relationship with the Company, whether written or oral.

The terms of this letter may only be amended, canceled or discharged in writing signed by you and the Company.

In the event that any provision hereof becomes or is declared by a court of competent jurisdiction to be illegal, unenforceable, or void, this letter shall continue in full force and effect without such provision.

Infosys

You acknowledge that you have had the opportunity to and have carefully read and fully understand all the provisions of this letter, and are knowingly and voluntarily entering into this letter.

To indicate your acceptance of the Company's offer, please sign this letter in the space provided below and mail it to:

Attn - US Offers,
Infosys Technologies Limited,
6100, Tennyson Parkway Suite 200,
Plano,
TX – 75024
USA

A duplicate of this letter is enclosed for your records.

In the absence of our receiving your signed acceptance within 15 days from the date of this letter, this offer will be deemed to have been rejected by you and shall lapse. Provided that the above mentioned period of 15 days may be extended in writing by any person / persons of the Company who have been specifically authorized in this regard.

We look forward to working with you at Infosys Technologies Limited.

Yours sincerely,

For Infosys Technologies Limited

**ESHAN JOSHI**
**ASSOCIATE VICE PRESIDENT - HRD**

I have read, accept and agree to the terms and conditions as set forth in this offer letter (including, arbitration of any disputes that may arise from my employment).

Date:________________________, 20____

_____________________________
Sign your name

_____________________________ _______________
Print your name Location

Exhibit 1
Page 10

Infosys

## ANNEXURE I

## NON COMPETE & NON SOLICITATION AGREEMENT

In consideration of the employment of the undersigned ("Employee"), Infosys Technologies Limited, including any of its affiliates or direct or indirect subsidiaries (collectively, the "Company"), and as a condition of continued Employment, Employee agrees as follows.

1. **Covenants Regarding Competition:** During my employment with the Company and for a period of six months after my employment is terminated by the Company or by me for any reason, with or without cause I shall not:

**a.** Seek or accept any employment from a named competitor of Infosys, if my employment with such named competitor would involve me having to work with a Customer with whom I had worked in the twelve (12) months immediately preceding the cessation of my employment with Infosys. For the purposes of this Clause, "Named Competitor" shall mean the following entities and their wholly owned subsidiaries:-

i. Tata Consultancy Services Limited
ii. Accenture Limited
iii. International Business Machines Corporation
iv. Cognizant Technology Solutions Corporation
v. Wipro Limited

**b.** Seek or accept any employment with any customer of Company for whom I performed services as an Company employee within the last twelve months of my employment with Company.

**c.** Solicit business from, do business with or render services to, in any capacity, directly or indirectly, any entity that is or was a Company client or customer within the last twelve months of my employment with Company, for a purpose or in a manner that is in any way competitive with Company's business.

If, during or after my employment with Company, I seek work elsewhere, I agree to provide a copy of this Agreement to any person or entities seeking to hire me before accepting employment with or engagement by any such person or entity.

2. **Solicitation of Employees:** I agree that for a period of twelve (12) months immediately following the termination of my relationship with Company for any reason, whether with or without cause, I shall not either directly or indirectly solicit, induce, recruit or encourage any Company employee to leave Company, or take away such employees, or attempt to solicit, induce, recruit, encourage or take away employees of Company, either for myself or for any other person or entity.

Exhibit 1
Page 11

Infosys

3. **Injunctive and other Relief:** I acknowledge that each of the restrictions contained in Sections 1 and 2 of this Agreement is reasonable and necessary in order to protect legitimate interests of Company and its customers, and that any violation thereof would cause irreparable injury to Infosys and / or its customers for which money damages would not be an adequate remedy. I acknowledge and agree that in the event of any violation or anticipated violation thereof, Company shall be entitled to seek, from any court of competent jurisdiction, temporary, preliminary and permanent injunctive relief, and / or any other equitable specific relief.

4. **State Law Considerations:** The provisions of section 1 shall not apply to activities occurring in the State of California or any other State in which such provisions may not be enforceable. However, the Parties acknowledge and agree that nothing in this Section shall prevent or prohibit Infosys from seeking any remedy under this Agreement or as may be available to it by law in California or any other State with respect to activities of the Employee after the termination of his / her employment with Infosys.

5. **Choice of Law**: This Agreement and the rights and duties of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of the State of New York, without regard to principles of conflicts of laws.

6. **At-will employment status:** Nothing in this addendum shall be interpreted to be in conflict with, or to eliminate or modify in any way, the At-Will employment status of the undersigned employee.

Name of employee: Eugene Francis Harrison

Signature of the employee: ______________________

Date: ______________________

***Company Confidential - This communication is confidential between you and Infosys Technologies Limited***

Exhibit 1
Page 12