# EXHIBIT 2

**US Joining Kit – Form No 5**
"At-Will, Confidential Information, Invention Assignment, Non-Compete and Arbitration Agreement"

# AT- WILL, CONFIDENTIAL INFORMATION, INVENTION ASSIGNMENT, NON-COMPETE AND ARBITRATION AGREEMENT

As a condition of my employment with Infosys Technologies Limited, its subsidiaries, affiliates, successors or assigns (together "Infosys"), and in consideration of my employment with Infosys and my receipt of the compensation now and hereafter paid to me by Infosys, I agree to the following:

1. **At-Will Employment**. I UNDERSTAND AND ACKNOWLEDGE THAT MY EMPLOYMENT WITH INFOSYS IS FOR AN UNSPECIFIED DURATION AND CONSTITUTES "AT-WILL" EMPLOYMENT. I ALSO UNDERSTAND THAT ANY REPRESENTATION TO THE CONTRARY IS UNAUTHORIZED AND NOT VALID UNLESS OBTAINED IN WRITING AND SIGNED BY THE CHIEF EXECUTIVE OFFICER, THE VICE-PRESIDENT OF HUMAN RESOURCES, OR AN INDIVIDUAL AUTHORIZED THROUGH A RESOLUTION OF THE BOARD OF DIRECTORS OF INFOSYS. I ACKNOWLEDGE THAT THIS EMPLOYMENT RELATIONSHIP MAY BE TERMINATED AT ANY TIME, WITH OR WITHOUT GOOD CAUSE OR FOR ANY OR NO CAUSE, AT THE OPTION OF EITHER INFOSYS OR MYSELF, WITH OR WITHOUT NOTICE.



Employee Initial ___________

Eugene F Harrison
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison



Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

2. **Confidential Information.**

a. **Infosys Information**. I agree at all times during the term of my employment and thereafter, to hold in strictest confidence, and not to use, except for the benefit of Infosys, or to disclose to any person, firm or corporation without written authorization of the Board of Directors of Infosys, any Confidential Information of Infosys, except under a non-disclosure agreement duly authorized and executed by the Company. I understand that "Confidential Information" means any non-public information that relates to the actual or anticipated business or research and development of the Company, technical data, trade secrets or know-how, including, but not limited to, research, product plans or other information regarding Company's products or services and markets therefore, Pricing information, customer/vendor lists and customers/vendors (including, but not limited to, customers/vendors of the Company on whom I called or with whom I became acquainted during the term of my employment), software, developments, inventions, processes, formulas, technology, designs, drawings, engineering, hardware configuration information, marketing, finances or other business information. I further understand that Confidential Information does not include any of the foregoing items which have become publicly known and made generally available through no wrongful act of mine or of others who were under confidentiality obligations as to the item or items involved or improvements or new versions thereof.

b. **Former Employer Information**. I agree that I will not, during my employment with Infosys, improperly use or disclose any proprietary information or trade secrets of any former or concurrent employer or other person or entity and that I will not bring onto the premises of Infosys any unpublished document or proprietary information belonging to any such employer, person or entity unless consented to in writing by such employer, person or entity.

c. **Third Party Information**. I recognize that Infosys has received and in the future will receive from third parties their confidential or proprietary information subject to a duty on Infosys' part to maintain the confidentiality of such information and to use it only for certain limited purposes. I agree to hold all such confidential or proprietary information in the strictest confidence and not to disclose it to any person, firm or corporation or to use it except as necessary in carrying out my work for Infosys consistent with Infosys' agreement with such third party.

3. **Inventions.**

a. **Inventions Retained and Licensed**. I have attached hereto, as Exhibit A, a list describing all inventions, original works of authorship, developments, improvements, and trade secrets which were made by me prior to my employment with Infosys (collectively referred to as "Prior Inventions"), which belong to me, which relate to Infosys' proposed business, products or research and development, and which are not assigned to Infosys hereunder; or, if no such



Eugene F Harrison
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison

Exhibit 2
Page 14

Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

list is attached, I represent that there are no such Prior Inventions. If in the course of my employment with Infosys, I incorporate into a Infosys product, process or machine a Prior Invention owned by me or in which I have an interest, I hereby grant to the Infosys a nonexclusive, royalty-free, fully paid-up, irrevocable, perpetual, worldwide license to make, have made, modify, use and sell such Prior Invention as part of or in connection with such product, process or service, and to practice any method related thereto.

b. **Assignment of Inventions**. I agree that I will promptly make full written disclosure to Infosys, will hold in trust for the sole right and benefit of Infosys, and hereby assign to Infosys, or its designee, all my right, title, and interest in and to any and all inventions, original works of authorship, developments, concepts, improvements, designs, discoveries, ideas, trademarks or trade secrets, whether or not patentable or registrable under copyright or similar laws, which I may solely or jointly conceive or develop or reduce to practice, or cause to be conceived or developed or reduced to practice, during the period of time I am in the employ of Infosys (collectively referred to as "Inventions"), except as provided in Section 3(f) below. I further acknowledge that all original works of authorship which are made by me (solely or jointly with others) within the scope of and during the period of my employment with Infosys and which are protectible by copyright are "works made for hire," as that term is defined in the United States Copyright Act. I understand and agree that the decision whether or not to commercialize or market any invention developed by me solely or jointly with others is within Infosys' sole discretion and for Infosys' sole benefit and that no royalty will be due to me as a result of Infosys' efforts to commercialize or market any such invention.

c. **Inventions Assigned to the United States**. I agree to assign to the United States government all my right, title, and interest in and to any and all Inventions whenever such full title is required to be in the United States by a contract between Infosys and the United States or any of its agencies.

d. **Maintenance of Records**. I agree to keep and maintain adequate and current written records of all Inventions made by me (solely or jointly with others) during the term of my employment with Infosys. The records will be in the form of notes, sketches, drawings, and any other format that may be specified by Infosys. The records will be available to and remain the sole property of Infosys at all times.

e. **Patent and Copyright Registrations**. I agree to assist Infosys, or its designee, at Infosys' expense, in every proper way to secure Infosys' rights in the Inventions (as defined above under subparagraph 3 (b)) and any copyrights, patents, mask work rights or other intellectual property rights relating thereto in any and all countries, including the disclosure to Infosys of all pertinent information and data with respect thereto, the execution of all applications, specifications, oaths, assignments and all other instruments which Infosys shall deem



Eugene F Harrison
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison



Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

necessary in order to apply for and obtain such rights and in order to assign and convey to Infosys, its successors, assigns, and nominees the sole and exclusive rights, title and interest in and to such Inventions, and any copyrights, patents, mask work rights or other intellectual property rights relating thereto. I further agree that my obligation to execute or cause to be executed, when it is in my power to do so, any such instrument or papers shall continue after the termination of this Agreement. If Infosys is unable because of my mental or physical incapacity or for any other reason to secure my signature to apply for or to pursue any application for any United States or foreign patents or copyright registrations covering Inventions or original works of authorship assigned to Infosys as above, then I hereby irrevocably designate and appoint Infosys and its duly authorized officers and agents as my agent and attorney in fact, to act for and in my behalf and stead to execute and file any such applications and to do all other lawfully permitted acts to further the prosecution and issuance of letters patent or copyright registrations thereon with the same legal force and effect as if executed by me.

f. **Exception to Assignments**. I understand that the provisions of this Agreement requiring assignment of Inventions to Infosys do not apply to any invention which qualifies fully under the provisions of California Labor Code Section 2870 (attached hereto as Exhibit B). I will advise Infosys promptly in writing of any inventions that I believe meet the criteria in California Labor Code Section 2870 and are not otherwise disclosed on Exhibit A.

4. **Conflicting Employment**. I agree that, during the term of my employment with Infosys, I will not engage in any other employment, occupation, consulting or other business activity directly related to the business in which Infosys is now involved or becomes involved during the term of my employment, nor will I engage in any other activities that conflict with my obligations to Infosys.

5. **Declaration As To Other Employment**. I declare that as of today, I am not a member of the board of directors or an employee of, nor do I hold any other office in, any other company or body corporate whether organized for profit or not. In the event that I am permitted to hold any office, whether for profit or otherwise in such an organization, I shall immediately inform Infosys and seek approval prior to accepting such office in order to protect Infosys' Confidential Information and to avoid a Conflict of Interest.

6. **Returning Infosys Documents**. I agree that, at the time of leaving the employ of Infosys, I will deliver to Infosys (and will not keep in my possession, recreate or deliver to anyone else) any and all devices, records, data, notes, reports, proposals, lists, correspondence, specifications, drawings blueprints, sketches, materials, equipment, other documents or property, or reproductions of any aforementioned items developed by me pursuant to my employment with Infosys or otherwise belonging to Infosys, its successors or assigns, including, without limitation, those records maintained pursuant to **paragraph 3(d)**. In the



Eugene F Harrison
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison



Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

event of the termination of my employment, I agree to sign and deliver the "Termination Certification" attached hereto as Exhibit C.

7. **Notification of New Employer**. In the event that I leave the employ of Infosys, I hereby grant consent to notification by Infosys to my new employer about my rights and obligations under this Agreement.

**Solicitation of Employees**. I agree that for a period of twenty four (24) months immediately following the termination of my relationship with Infosys for any reason, whether with or without cause, I shall not either directly or indirectly solicit, induce, recruit or encourage any of Infosys' employees to leave their employment, or take away such employees, or attempt to solicit, induce, recruit, encourage or take away employees of Infosys, either for myself or for any other person or entity.

8. Non-Compete Clause, and Obligations upon Termination:

a. During the term of my employment with the Company and for a period of twelve months after termination of my employment for any reason whatsoever, I shall not, without the express written consent of the Company, directly or indirectly, and in any capacity, do any of the following:-

(i) solicit, or assist any third party in soliciting, any Restricted Client or Prospective Client;
(ii) provide services to, or assist any third party in providing services to, any Restricted Client or Prospective Client

A "Restricted Client", for the purposes of this clause, shall mean any client of the Company for whom I, or any of the employees of the Company who reported to me, provided services to at any time during the twelve (12) months prior to the termination of my employment with the Company. A "Prospective Client", for the purposes of this Clause, shall mean any entity which the Company was engaged in soliciting for the provision of services and in which solicitation I, or any of the employees of the Company who reported to me, was in any way involved at any time during the six (6) months prior to the termination of my employment with the Company. The restrictions set out above are limited to the type of services provided by the Company to any of its clients during the term of my employment with the Company.

b. Client Notification – In the event that my employment with the company is terminated (whether by the Company or by me), or my engagement with a particular client is terminated or changed by the Company, I acknowledge and agree that the Company's management shall be solely responsible for notifying any client of the Company of the fact, timing, and details of such termination or change. In addition, in the event that I have decided to terminate my employment with the Company, I agree



**Eugene F Harrison**
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison

Exhibit 2
Page 17

Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

that I will first notify the Company of my resignation before discussing it with any client of the Company, and will desist from any such discussions until the Company has had a reasonable period of time in which to notify its clients of the termination of my employment.

9. **Conflict of Interest Guidelines**. I agree to diligently adhere to the Conflict of Interest Guidelines attached as Exhibit D hereto.

10. **Representations**. I agree to execute any proper oath or verify any proper document required to carry out the terms of this Agreement. I represent that my performance of all the terms of this Agreement will not breach any agreement to keep in confidence proprietary information acquired by me in confidence or in trust prior to my employment by Infosys. I hereby represent and warrant that I have not entered into, and I agree I will not enter into, any oral or written agreement in conflict herewith. I represent and warrant to Infosys that I am not a party to or otherwise bound by any agreement that may, in any way, restrict my right or my ability to enter into this Agreement or to otherwise be employed by Infosys.

11. **ARBITRATION AND EQUITABLE RELIEF**.

a. **ARBITRATION**. IN CONSIDERATION OF MY EMPLOYMENT WITH INFOSYS, ITS PROMISE TO ARBITRATE ALL EMPLOYMENT-RELATED DISPUTES AND MY RECEIPT OF THE COMPENSATION, PAY RAISES AND OTHER BENEFITS PAID TO ME BY INFOSYS, AT PRESENT AND IN THE FUTURE, I AGREE THAT ANY AND ALL CONTROVERSIES, CLAIMS, OR DISPUTES WITH ANYONE (INCLUDING INFOSYS AND ANY EMPLOYEE, OFFICER, DIRECTOR, SHAREHOLDER OR BENEFIT PLAN OF INFOSYS IN THEIR CAPACITY AS SUCH OR OTHERWISE) ARISING OUT OF, RELATING TO, OR RESULTING FROM MY EMPLOYMENT WITH INFOSYS OR THE TERMINATION OF MY EMPLOYMENT WITH INFOSYS, INCLUDING ANY BREACH OF THIS AGREEMENT, SHALL BE SUBJECT TO BINDING ARBITRATION UNDER THE ARBITRATION RULES SET FORTH IN CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 1280 THROUGH 1294.2, INCLUDING SECTION 1283.05 (THE "RULES") AND PURSUANT TO CALIFORNIA LAW. DISPUTES WHICH I AGREE TO ARBITRATE, AND THEREBY AGREE TO WAIVE ANY RIGHT TO A TRIAL BY JURY, INCLUDE ANY STATUTORY CLAIMS UNDER STATE OR FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, CLAIMS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, THE AMERICANS WITH DISABILITIES ACT OF 1990, THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967, THE OLDER WORKERS BENEFIT PROTECTION ACT, THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT, THE CALIFORNIA LABOR CODE, CLAIMS OF HARASSMENT, DISCRIMINATION OR WRONGFUL TERMINATION AND ANY STATUTORY CLAIMS. I FURTHER UNDERSTAND THAT THIS



Employee Initial __________

**Eugene F Harrison**
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison

Exhibit 2
Page 18

Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

AGREEMENT TO ARBITRATE ALSO APPLIES TO ANY DISPUTES THAT INFOSYS MAY HAVE WITH ME.

b. **PROCEDURE**. I AGREE THAT ANY ARBITRATION WILL BE ADMINISTERED BY THE AMERICAN ARBITRATION ASSOCIATION ("AAA") AND THAT THE NEUTRAL ARBITRATOR WILL BE SELECTED IN A MANNER CONSISTENT WITH ITS NATIONAL RULES FOR THE RESOLUTION OF EMPLOYMENT DISPUTES. I AGREE THAT THE ARBITRATOR SHALL HAVE THE POWER TO DECIDE ANY MOTIONS BROUGHT BY ANY PARTY TO THE ARBITRATION, INCLUDING MOTIONS FOR SUMMARY JUDGMENT AND/OR ADJUDICATION AND MOTIONS TO DISMISS AND DEMURRERS, PRIOR TO ANY ARBITRATION HEARING. I ALSO AGREE THAT THE ARBITRATOR SHALL HAVE THE POWER TO AWARD ANY REMEDIES, INCLUDING ATTORNEYS' FEES AND COSTS, AVAILABLE UNDER APPLICABLE LAW. I UNDERSTAND INFOSYS WILL PAY FOR ANY ADMINISTRATIVE OR HEARING FEES CHARGED BY THE ARBITRATOR OR AAA EXCEPT THAT I SHALL PAY THE FIRST $200.00 OF ANY FILING FEES ASSOCIATED WITH ANY ARBITRATION I INITIATE. I AGREE THAT THE ARBITRATOR SHALL ADMINISTER AND CONDUCT ANY ARBITRATION IN A MANNER CONSISTENT WITH THE RULES AND THAT TO THE EXTENT THAT THE AAA'S NATIONAL RULES FOR THE RESOLUTION OF EMPLOYMENT DISPUTES CONFLICT WITH THE RULES, THE RULES SHALL TAKE PRECEDENCE. I AGREE THAT THE DECISION OF THE ARBITRATOR SHALL BE IN WRITING.

c. **REMEDY**. EXCEPT AS PROVIDED BY THE RULES AND THIS AGREEMENT, ARBITRATION SHALL BE THE SOLE, EXCLUSIVE AND FINAL REMEDY FOR ANY DISPUTE BETWEEN ME AND INFOSYS. ACCORDINGLY, EXCEPT AS PROVIDED FOR BY THE RULES AND THIS AGREEMENT, NEITHER I NOR INFOSYS WILL BE PERMITTED TO PURSUE COURT ACTION REGARDING CLAIMS THAT ARE SUBJECT TO ARBITRATION. NOTWITHSTANDING, THE ARBITRATOR WILL NOT HAVE THE AUTHORITY TO DISREGARD OR REFUSE TO ENFORCE ANY LAWFUL INFOSYS POLICY, AND THE ARBITRATOR SHALL NOT ORDER OR REQUIRE INFOSYS TO ADOPT A POLICY NOT OTHERWISE REQUIRED BY LAW WHICH INFOSYS HAS NOT ADOPTED.

d. **AVAILABILITY OF INJUNCTIVE RELIEF**. IN ADDITION TO THE RIGHT UNDER THE RULES TO PETITION THE COURT FOR PROVISIONAL RELIEF, I AGREE THAT ANY PARTY MAY ALSO PETITION THE COURT FOR INJUNCTIVE RELIEF WHERE EITHER PARTY ALLEGES OR CLAIMS A VIOLATION OF THE EMPLOYMENT, CONFIDENTIAL INFORMATION, INVENTION ASSIGNMENT AGREEMENT BETWEEN ME AND INFOSYS OR ANY OTHER AGREEMENT REGARDING TRADE SECRETS, CONFIDENTIAL INFORMATION,



Employee Initial __________

Eugene F Harrison
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison



Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

NONSOLICITATION OR LABOR CODE §2870. I UNDERSTAND THAT ANY BREACH OR THREATENED BREACH OF SUCH AN AGREEMENT WILL CAUSE IRREPARABLE INJURY AND THAT MONEY DAMAGES WILL NOT PROVIDE AN ADEQUATE REMEDY THEREFOR AND BOTH PARTIES HEREBY CONSENT TO THE ISSUANCE OF AN INJUNCTION. IN THE EVENT EITHER PARTY SEEKS INJUNCTIVE RELIEF, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER REASONABLE COSTS AND ATTORNEYS FEES.

e. **ADMINISTRATIVE RELIEF.** I UNDERSTAND THAT THIS AGREEMENT DOES NOT PROHIBIT ME FROM PURSUING AN ADMINISTRATIVE CLAIM WITH A LOCAL, STATE OR FEDERAL ADMINISTRATIVE BODY SUCH AS THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OR THE WORKERS' COMPENSATION BOARD. THIS AGREEMENT DOES, HOWEVER, PRECLUDE ME FROM PURSUING COURT ACTION REGARDING ANY SUCH CLAIM.

f. **VOLUNTARY NATURE OF AGREEMENT.** I ACKNOWLEDGE AND AGREE THAT I AM EXECUTING THIS AGREEMENT VOLUNTARILY AND WITHOUT ANY DURESS OR UNDUE INFLUENCE BY INFOSYS OR ANYONE ELSE. I FURTHER ACKNOWLEDGE AND AGREE THAT I HAVE CAREFULLY READ THIS AGREEMENT AND THAT I HAVE ASKED ANY QUESTIONS NEEDED FOR ME TO UNDERSTAND THE TERMS, CONSEQUENCES AND BINDING EFFECT OF THIS AGREEMENT AND FULLY UNDERSTAND IT, INCLUDING THAT ***I AM WAIVING MY RIGHT TO A JURY TRIAL***. FINALLY, I AGREE THAT I HAVE BEEN PROVIDED AN OPPORTUNITY TO SEEK THE ADVICE OF AN ATTORNEY OF MY CHOICE BEFORE SIGNING THIS AGREEMENT.



Employee Initial __________

**Eugene F Harrison**
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison



Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

12. **General Provisions.**

a. **Governing Law; Consent to Personal Jurisdiction**. This Agreement will be governed by the laws of the State of California. I hereby expressly consent to the personal jurisdiction of the state and federal courts located in California for any lawsuit filed there against me by the Company arising from or relating to this Agreement.

b. **Entire Agreement**. This Agreement constitutes the entire agreement and understanding between Infosys and me relating to the subject matter herein and supersedes all prior discussions or representations between us including, but not limited to, any representations made during my interview(s) or relocation negotiations, whether written or oral. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing signed by the Chief Executive Officer, the Vice-President of Human Resources, or an individual authorized through a resolution of the Board of Directors of Infosys, and me. Any subsequent change or changes in my duties, salary or compensation will not affect the validity or scope of this Agreement.

c. **Severability**. If one or more of the provisions in this Agreement are deemed void by law, then the remaining provisions will continue in full force and effect.

d. **Successors and Assigns**. This Agreement will be binding upon my heirs, executors, administrators and other legal representatives and will be for the benefit of Infosys, its successors, and its assigns.

e. **WAIVER. NO WAIVER BY EITHER PARTY OF ANY DEFAULT SHALL BE DEEMED AS A WAIVER OF ANY PRIOR OR SUBSEQUENT DEFAULT OF THE SAME OR OTHER PROVISIONS OF THIS AGREEMENT.**

Date: Apr 4, 2011

Eugene F Harrison
Signature
Eugene F Harrison (Apr 4, 2011)

Eugene F Harrison
Name of Employee (typed or printed)

Witness



Employee Initial __________

Eugene F Harrison
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison

Exhibit 2
Page 21

Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

## US Joining Kit – Form No 5

"At-Will, Confidential Information, Invention Assignment, Non-Compete and Arbitration Agreement"

**Exhibit A**

**LIST OF PRIOR INVENTIONS AND ORIGINAL WORKS OF AUTHORSHIP**

| Title | Date | Identifying Number or Brief Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ No inventions or improvements

☐ Additional Sheets Attached

Signature of Employee: Eugene F Harrison
Eugene F Harrison (Apr 4, 2011)

Print Name of Employee: Eugene F Harrison

Date: Apr 4, 2011



Employee Initial ________

Eugene F Harrison
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison

Exhibit 2
Page 22

Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

**Exhibit B**

**CALIFORNIA LABOR CODE SECTION 2870**
**INVENTION ON OWN TIME – EXEMPTION FROM AGREEMENT**

"(a) Any provision in an employment agreement which provides that an employee shall assign, or offer to assign, any of his or her rights in an invention to his or her employer shall not apply to an invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities, or trade secret information except for those inventions that either:

(1) Relate at the time of conception or reduction to practice of the invention to the employer's business, or actual or demonstrably anticipated research or development of the employer; or
(2) Result from any work performed by the employee for the employer.

(b) To the extent a provision in an employment agreement purports to require an employee to assign an invention otherwise excluded from being required to be assigned under subdivision (a), the provision is against the public policy of this state and is unenforceable."



Employee Initial __________

**Eugene F Harrison**
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison



Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

**Exhibit D**

**INFOSYS TECHNOLOGIES LIMITED**

**CONFLICT OF INTEREST GUIDELINES**

It is the policy of Infosys Technologies Limited to conduct its affairs in strict compliance with the letter and spirit of the law and to adhere to the highest principles of business ethics. Accordingly, all officers, employees and independent contractors must avoid activities which are in conflict, or give the appearance of being in conflict, with these principles and with the interests of the Company. The following are potentially compromising situations which must be avoided. Any exceptions must be reported to the President and written approval for continuation must be obtained.

1. Revealing confidential information to outsiders or misusing confidential information. Unauthorized divulging of information is a violation of this policy whether or not for personal gain and whether or not harm to the Company is intended. (The Employment, Confidential Information, Invention Assignment and Arbitration Agreement elaborates on this principle and is a binding agreement.)

2. Accepting or offering substantial gifts, excessive entertainment, favors or payments which may be deemed to constitute undue influence or otherwise be improper or embarrassing to the Company.

3. Participating in civic or professional organizations that might involve divulging confidential information of the Company.

4. Initiating or approving personnel actions affecting reward or punishment of employees or applicants where there is a family relationship or is or appears to be a personal or social involvement.

5. Initiating or approving any form of personal or social harassment of employees.

6. Investing or holding outside directorship in suppliers, customers, or competing companies, including financial speculations, where such investment or directorship might influence in any manner a decision or course of action of the Company.

7. Borrowing from or lending to employees, customers or suppliers.

8. Acquiring real estate of interest to the Company.

9. Improperly using or disclosing to the Company any proprietary information or trade secrets of any former or concurrent employer or other person or entity with whom obligations of confidentiality exist.

 Employee Initial __________

Eugene F Harrison
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison

Exhibit 2
Page 24

Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26

10. Unlawfully discussing prices, costs, customers, sales or markets with competing companies or their employees.

11. Making any unlawful agreement with distributors with respect to prices.

12. Improperly using or authorizing the use of any inventions which are the subject of patent claims of any other person or entity.

13. Engaging in any conduct which is not in the best interest of the Company.

Each officer, employee and independent contractor must take every necessary action to ensure compliance with these guidelines and to bring problem areas to the attention of higher management for review. Violations of this conflict of interest policy may result in discharge without warning.



Employee Initial ___________

**Eugene F Harrison**
e-Signed 2011-04-04 01:00PM EDT
sapbiz1@yahoo.com
Eugene F Harrison



Document Integrity Verified EchoSign Transaction Number: 2AQ356TB233Z26