**FAEGRE BAKER DANIELS LLP**
ELLEN E. BOSHKOFF (BAR NO. 314087)
*ellen.boshkoff@faegrebd.com*
AMANDA SEMAAN (BAR NO. 293896)
*amanda.semaan@faegrebd.com*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025-6543
Telephone: 310.500.2090
Facsimile: 310.500.2091

Attorneys for Defendant
INFOSYS LIMITED (incorrectly sued as
INFOSYS TECHNOLOGIES LIMITED)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EUGENE HARRISON,

Plaintiff,

v.

INFOSYS TECHNOLOGIES LIMITED, a Corporation Doing Business in California; and DOES 1 to 30, Inclusive,

Defendants.

Case No. 2:19-cv-01893 VAP (AGRx)

Hon. Virginia A. Phillips

**DECLARATION OF AMANDA SEMAAN IN SUPPORT OF DEFENDANT INFOSYS LIMITED'S MOTION TO COMPEL ARBITRATION AND DISMISS LITIGATION**

(Filed concurrently with Motion to Compel Arbitration and Dismiss Litigation; Declaration of Tracy Campagnano; and [Proposed] Order)

Date: May 13, 2019
Time: 2:00 p.m.
Courtroom: 8A

Complaint filed: November 16, 2018
Date Removed: March 14, 2019

I, Amanda Semaan, hereby declare as follows.

1. I am over 18 years of age and have personal knowledge of the facts set forth herein.

2. What I say in this declaration is the truth to the best of my recollection and based on records available to me.

3. I am one of the attorneys of record for Defendant Infosys Limited ("Infosys") in the above-captioned case.

4. I contacted Plaintiff's counsel (David Feldman) on March 22, 2019, advised him of the existence of the Infosys At-Will, Confidential Information, Invention Assignment, Non-Compete And Arbitration Agreement (the "Agreement") executed by Plaintiff Eugene Harrison, and notified him of Infosys's intent to seek arbitration of this matter. Plaintiff's counsel replied that Plaintiff would oppose any efforts to pursue arbitration of this matter.

5. Attached hereto as Exhibit 1 is a true and correct copy of the National Rules for the Resolution of Employment Disputes set forth by the American Arbitration Association (the "AAA Rules"), obtained from the website https://www.adr.org/sites/default/files/National%20Rules%20for%20the%20Resolution%20of%20Employment%20Disputes%20Jan%2001%2C%202004.pdf, as stated on page 7 of the Agreement.

I declare to the best of my knowledge under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 15th day of April, 2019.

*/s/ Amanda Semaan*

Amanda Semaan