**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS TECHNOLOGIES LIMITED, a Corporation Doing Business in California; and DOES 1 to 30, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-01893 VAP (AGRx)<br><br>Hon. Virginia A. Phillips<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT INFOSYS TECHNOLOGIES LIMITED'S MOTION TO COMPEL ARBITRATION AND DISMISS LITIGATION**<br><br>(Filed concurrently with Motion to Compel Arbitration and Dismiss Litigation; and Declarations of Tracy Campagnano and Amanda Semaan Filed in Support Thereof)<br><br>Date: May 13, 2019<br>Time: 2:00 p.m.<br>Courtroom: 8A<br><br>Complaint Filed: November 16, 2018<br>Date Removed: March 14, 2019 |

Defendant's Motion to Compel Arbitration and Dismiss Litigation came on regularly for hearing before this court on May 13, 2019, at 2:00 p.m. in Department 8A, Honorable Virginia A. Phillips presiding. David Feldman of the Law Office of David Feldman appeared as attorney for Plaintiff. Amanda Semaan appeared as attorney for Defendant Infosys Limited (incorrectly sued as Infosys Technologies Limited).

After full consideration of the evidence and the authorities submitted by counsel, as well as counsel's oral argument, finding good cause therefore, Defendant's Motion to Compel Arbitration and Dismiss Litigation is hereby GRANTED, and the action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

DATED:____________________

____________________________________
Honorable Virginia A. Phillips
United States District Judge